# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 05-432-03** |
| **SERGIO VELAZQUEZ** : | |

## O R D E R

**AND NOW**, this 11th day of June, 2012, upon consideration of defendant's Motion to Dismiss the Indictment for Denial of Right to Speedy Trial (Document No. 193, filed March 13, 2012), the Government's Response to Defendant's Motion to Dismiss Indictment for Denial of Right to Speedy Trial (Document No. 197, filed March 29, 2012), and defendant's Reply to Government's Response to Defendant's Motion to Dismiss the Indictment for Denial of Right to Speedy Trial (Document No. 199, filed April 23, 2012), following a hearing and oral argument on April 27 and June 6, 2012, for the reasons set forth in the Memorandum dated June 11, 2012, **IT IS ORDERED** that defendant's Motion to Dismiss the Indictment for Denial of Right to Speedy Trial is **DENIED**.

**IT IS FURTHER ORDERED** that all further proceedings are **GOVERNED** by the Scheduling Order dated April 27, 2012.[1]

BY THE COURT:

/s/ Hon. Jan E DuBois
**JAN E. DUBOIS, J.**

---

[1] Defense counsel shall provide the Court with a report on or before June 18, 2012, with respect to trial status. The case is specially listed for trial to begin on July 9, 2012, at 10:00 A.M. All trial-related documents must be filed and served on or before June 18, 2012.